NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**WALTER J. ALBECKER,**
*Plaintiff-Appellant,*

**v.**

**CONTOUR PRODUCTS, INC. (FL),**
AND **CONTOUR PRODUCTS, INC. (NC),**
*Defendants-Appellees.*

---

2014-1318

---

Appeal from the United States District Court for the Northern District of Illinois in No. 1:09-cv-00631, Judge Edmond E. Chang.

---

**ON MOTION**

---

**O R D E R**

Walter J. Albecker submits his informal brief out of time, which the court treats as a motion to file his brief out of time.

Upon consideration thereof,

IT IS ORDERED THAT:

2                    ALBECKER v. CONTOUR PRODUCTS, INC. (FL)


The motion is granted. Mr. Albecker's brief is accepted for filing. Contour Products Inc. should calculate its brief due date from the date of filing of this order.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court


s21